# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:                                                    CASE NO.: 24-40075-KKS
                                                         CHAPTER 13

JEFFREY E. WETHERINGTON

      Debtor                      /

## ORDER DISMISSING CASE PURSUANT TO
## *CHAPTER 13 TRUSTEE'S NOTICE OF FAILURE TO COMPLY WITH ORDER GRANTING MOTION TO ABATE CHAPTER 13 PLAN PAYMENTS* (ECF NO. 49)

**THIS CASE** is before the Court on the *Chapter 13 Trustee's Notice of Failure to Comply with Order Granting Motion to Abate Chapter 13 Plan Payments* (ECF No. 49) requesting that the Court enter an Order Dismissing Case, and the Court being fully advised, it is

**ORDERED**:

1.     The Debtor(s)' Chapter 13 case is DISMISSED.

2.     If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3.     If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall then have fifteen (15) days in which to file an application for said

fees. Upon the filing of said application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s). The Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

4. The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new Petition. The Court retains jurisdiction to collect all unpaid fees, and the Clerk is directed to pursue all available avenues to ensure the fees are collected.

**DONE AND ORDERED** on     October 21, 2024    .

_____
KAREN K. SPECIE
CHIEF U.S. BANKRUPTCY JUDGE

Order prepared by LEIGH A. DUNCAN.

LEIGH A. DUNCAN is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the Order.